Certificate Number: 12433-PAE-DE-031562895

Bankruptcy Case Number: 18-14944



12433-PAE-DE-031562895

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 1, 2018, at 12:04 o'clock AM EDT, David Ball completed a course on personal financial management given by telephone by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: September 3, 2018          By:     /s/Lisa Susoev

                                  Name:   Lisa Susoev

                                  Title:  Teacher