# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                                Chapter 13

                                Bankruptcy No. 18-14944-AMC

      DAVID G BALL

      4310 CLARIDGE STREET

      PHILADELPHIA, PA 19124

          Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

      DAVID G BALL

      4310 CLARIDGE STREET

      PHILADELPHIA, PA 19124

Counsel for debtor(s), by electronic notice only.

      DAVID OFFEN ESQUIRE
      601 WALNUT ST., SUITE 160 WEST

      PHILADELPHIA, PA 19106-

                              /S/ William C. Miller

Date: 11/13/2018

                              _____

                              William C. Miller, Esquire
                              Chapter 13 Standing Trustee