United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                          Case No. 18-14944-amc
David G. Ball                                                                   Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: ChrissyW        Page 1 of 1        Date Rcvd: Nov 19, 2018
                       Form ID: pdf900      Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 21, 2018.
db          +David G. Ball,    4310 Claridge Street,    Philadelphia, PA 19124-4314
            +Bartlett Bearing Company, Inc.,    10901 Decatur Road,    Philadelphia, PA 19154-3210

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 21, 2018                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 19, 2018 at the address(es) listed below:
        DAVID M. OFFEN    on behalf of Debtor David G. Ball dmo160west@gmail.com,
     davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
        JEROME B. BLANK    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
     paeb@fedphe.com
        KEVIN G. MCDONALD    on behalf of Creditor    Toyota Motor Credit Corporation
     bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                       TOTAL: 5

```
               IN THE UNITED STATES BANKRUPTCY COURT
              FOR THE EASTERN DISTRICT OF PENNSYLVANIA


   IN RE:                         : Chapter 13


   David G Ball                   : Case No. 18-14944- amc
   xxx-xx-6054


       Debtor
```

ORDER DIRECTING EMPLOYER TO MAKE WAGE DEDUCTION
FOR REMITTANCE TO STANDING TRUSTEE

TO THE DEBTORS EMPLOYER:

   The future earnings of the above named debtor are subject to the continuing supervision and control of the Court for the purpose of enforcing and carrying out the debtor's plan.

   IT IS THEREFORE ORDERED that the employer of the debtor shall deduct from the wages of the debtor, beginning with the next pay period after receipt of the Order the sum of

<u>$81.25 EVERY WEEK.</u>

   The employer shall continue these deductions until further Order of this Court and shall remit all monies withheld from the Debtor's wages at least monthly, or more frequently to the Standing Trustee whose name and address appear below

**Date: November 19, 2018**

HONORABLE ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE

<u>Make checks payable to:</u>         David M. Offen Esq.
William C. Miller, Trustee            Suite 160 West, Curtis Ctr.
P.O. Box 1799                         Philadelphia, PA 19106
Memphis, TN  38101-1799               (215) 625-9600

Payroll Controller
Bartlett Bearing Company, Inc.
10901 Decatur Road
Philadelphia, PA 19154