## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

In re:  :
:
:
**DAVID BALL**  :
:
Debtor(s)  :  Bankruptcy No. 18-14944 AMC

## ORDER

**AND NOW,** this 22nd day of April, 2019, upon consideration of the Chapter 13 Standing Trustee's Application to Terminate Wage Order, it is hereby

**ORDERED,** that the wage order previously entered in this case, directing **Bartlett Bearing Company, Inc.** to make monthly payments to the chapter 13 standing trustee, is hereby terminated.

BY THE COURT

_____
**HONORABLE ASHELY CHAN**
**BANKRUPTCY JUDGE**

cc:  **Debtor**
**David G. Ball**
4310 Claridge Street
Philadelphia, PA 19124

**Debtor's Employer**
Bartlett Bearing Company, Inc.
10901 Decatur Road
Philadelphia, Pa. 19154

**Debtor's Counsel**
**DAVID M. OFFEN**
601 Walnut St. Ste. 160 West
Philadelphia, PA 19106

William C. Miller, Esquire
Office of Chapter 13 Standing Trustee
P.O. Box 1229
Philadelphia, PA 19105