United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                     Case No. 18-14944-amc
David G. Ball                                                              Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: Stacey     Page 1 of 1     Date Rcvd: Apr 22, 2019
                      Form ID: pdf900     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 24, 2019.
db            +David G. Ball,    4310 Claridge Street,    Philadelphia, PA 19124-4314
              +Bartlett Bearing Company,Inc.,    10901 Decatur Road,    Philadelphia, PA 19154-3210

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 24, 2019                                         Signature:  /s/Joseph Speetjens

___

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 22, 2019 at the address(es) listed below:
        DAVID M. OFFEN    on behalf of Debtor David G. Ball dmo160west@gmail.com,
         davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
        JEROME B. BLANK    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
         paeb@fedphe.com
        KEVIN G. MCDONALD    on behalf of Creditor    Toyota Motor Credit Corporation
         bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                              TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

In re: :
:
:
**DAVID BALL** :
:
          Debtor(s) :    Bankruptcy No. 18-14944 AMC

## ORDER

**AND NOW,** this 22nd day of April, 2019, upon consideration of the Chapter 13 Standing Trustee's Application to Terminate Wage Order, it is hereby

**ORDERED,** that the wage order previously entered in this case, directing **Bartlett Bearing Company, Inc.** to make monthly payments to the chapter 13 standing trustee, is hereby terminated.

                                                        **BY THE COURT**

                                                        **HONORABLE ASHELY CHAN**
                                                        **BANKRUPTCY JUDGE**

cc:   **Debtor**
      **David G. Ball**
      4310 Claridge Street
      Philadelphia, PA 19124

      **Debtor's Employer**
      Bartlett Bearing Company, Inc.
      10901 Decatur Road
      Philadelphia, Pa. 19154

      **Debtor's Counsel**
      **DAVID M. OFFEN**
      601 Walnut St. Ste. 160 West
      Philadelphia, PA 19106

      William C. Miller, Esquire
      Office of Chapter 13 Standing Trustee
      P.O. Box 1229
      Philadelphia, PA 19105